IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FEBACH,<br><br>Defendant. | 4:23-CR-60-BMM<br><br><br><br>**ORDER** |

Upon Defendant's Motion for the Original Decamp Date be Moved, (Doc. 15) and with good cause shown, IT IS HEREBY ORDERED that the Defendant Robert Febach will decamp from the Willow Creek Reservoir on or before July 11, 2023. Failure to decamp from the Willow Creek Reservoir by July 11, 2023, may result in contempt of court. No further stays will be granted.

DATED this 6th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court