# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **ROBERT LOREN FEBACH,**  Defendant. | **CR 23-60-GF-BMM**  **PO 23-5037-GF-JTJ**  **ORDER** |

Upon motion of the United States and due to the defendant's failure to file an opening brief on or before September 15, 2023, **IT IS ORDERED** that this appeal is **DISMISSED WITH PREJUDICE**.

DATED this 4th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court